# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-0544

———————————————

BRUCE CUNNINGHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

May 3, 2018

PER CURIAM.

AFFIRMED.

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Bruce Cunningham, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.